IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO A. WILLIAMS,

        Plaintiff,                    No. CIV S-09-2665 EFB P

    vs.

J. W. HAVILAND, et al.,              ORDER

        Defendants.

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        By order filed February 25, 2010, the court found that plaintiff had stated sufficient charging allegations against defendants Rosario, Palwick and Peel and informed plaintiff he could proceed against those defendants only or file an amended complaint that also states a claim against defendants Haviland, Traquina, Sumner, Huffman, or Brimhall. The court also informed plaintiff that the court would consider his decision to proceed only as to defendants Rosario, Palwick and Peel as consent to the dismissal of the other named defendants. On March 5, 2010, plaintiff returned documents for service against defendants Rosario, Palwick and Peel.

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's claims against defendants
2 Haviland, Traquina, Sumner, Huffman, and Brimhall are dismissed without prejudice.
3 Dated: March 18, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE